■ In the Matter of DALLAS C. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTY M.C., Appellant; RICHARD C., Respondent. (Proceeding No. 1.) In the Matter of EMILY C. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTY M.C., Appellant; RICHARD C., Respondent. (Proceeding No. 2.) In the Matter of HUNTER C. ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DUSTY M.C., Appellant; RICHARD C., Respondent. (Proceeding No. 3.) [959 NYS2d 445]—In related child neglect proceedings pursuant to Family Court Act article 10, the mother appeals from an order of fact-finding and disposition of the Family Court, Orange County (Woods, J.), dated November 21, 2011, which, after a fact-finding hearing, inter alia, found that she neglected the subject children.

Ordered that the order of fact-finding and disposition is reversed, on the facts, without costs or disbursements, the petitions are denied, and the proceedings are dismissed.

A finding that a child is neglected must be based on a preponderance of the evidence (*see* Family Ct Act § 1046 [b] [i]; *Matter of Kassandra V. [Sylvia L.]*, 90 AD3d 940, 941 [2011]). Here, the petitioner failed to establish by a preponderance of the evidence that the mother neglected her children.

As a result of our determination, the mother's remaining contentions have been rendered academic. Dillon, J.P., Angiolillo, Leventhal and Miller, JJ., concur.